Filed 12/14/2015 3:34:54 PM
Gwen Ashworth
District Clerk
Morris County, Texas
By: Londa Clark
Deputy

CAUSE NO. 25,109

| | | |
|---|---|---|
| MATTHEW HOOPER | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | OF MORRIS COUNTY, TEXAS |
| CITY OF NAPLES, TEXAS and | § | |
| JAMES GRISHAM, IN HIS OFFICIAL | § | |
| CAPACITY AS CHIEF OF POLICE | § | |
| OF THE CITY OF NAPLES | § | |
| POLICE DEPARTMENT | § | 276TH JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 11:11:22 AM
DEBBIE AUTREY
Clerk

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE:

COME NOW, CITY OF NAPLES, TEXAS (the "City") and JAMES GRISHAM, in his Official Capacity as Chief of Police of the City of Naples Police Department ("Grisham"), and file this Notice of Appeal of the September 15, 2015 judgment entered by the court in the instant case.

### I.

### BACKGROUND

On November 2, 2012, Plaintiff Matthew Hooper sued the City and Grisham, requesting declaratory judgments regarding the City's and Grisham's actions taken in terminating Hooper's employment. The case was tried to the Court on January 20, 2015, and the Court signed a judgment on September 15, 2015.

### II.

### NOTICE OF APPEAL

The City and Grisham appeals the September 15, 2015 judgment to the Sixth Court of Appeals in Texarkana.



WHEREFORE, PREMISES CONSIDERED, the City of Naples, Texas and James Grisham, in his Official Capacity as Chief of Police of the City of Naples Police Department, respectfully give notice of their appeal of the September 15, 2015 judgment entered in this case.

Respectfully submitted,

BOON, CALK, ECHOLS,
COLEMAN & GOOLSBY, P.L.L.C.
1800 W. Loop 281, Suite 303
Longview, Texas 75604
(903) 759-2200 Phone
(903) 759-3306 Fax
casey.goolsby@boonlaw.com

By: _____
Kenneth C. Goolsby
State Bar No. 24003668

*ATTORNEYS FOR DEFENDANTS*
*CITY OF NAPLES, TEXAS AND*
*JAMES GRISHAM, IN HIS CAPACITY*
*AS CHIEF OF POLICE OF THE*
*CITY OF NAPLES POLICE*
*DEPARTMENT*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded this 14th day of December, 2015, to the following attorney of record as indicated:

Mr. Lance F. Wyatt
LAW OFFICE OF LANCE F. WYATT, PLLC
141 Countryside Court, Suite 150
Southlake, Texas 76092
*Attorney for Plaintiff*
*Matthew Hooper*

*Via Facsimile (817) 251-9223*
*and CM/RRR# 7015 1660 0000 4774 2899*

_____
Kenneth C. Goolsby

NOTICE OF APPEAL

2

